# EXHIBIT 1E

Invoices from S&ME

# INVOICE



WILSON ROAD DEVELOPMENT CORPORATION  
PO BOX 218  
BENTON, MO 63736

**Invoice # :** 452263  
**Invoice Date :** 2/4/2011  
**Project :** 168410189A  
**Project Name :** CAPE GIRARDEAU, MO/SITE INVESTIGATN  
**Project Mgr :** BAIRD, JOHN PATRICK  
**Terms :** Due Upon Receipt  
**Client Code :** K01162

**Attention:** MS BRENDA DUMEY

FOR PROFESSIONAL SERVICES RENDERED  
from November 30, 2010 through January 20, 2011

Scope of Services: Conference Calls, Project Research, Report Writing, Senior Review, Analytical Costs, Drilling Expenses, and Sampling Equipment Rental.

**Professional Services**

| | | |
|---|---|---|
| Labor | | $4,160.00 |
| | Total Professional Services : | $4,160.00 |

**Expenses**

| | | |
|---|---|---|
| Regular Expenses | | $8,301.53 |
| | Total Expenses : | $8,301.53 |
| | Amount Due This Invoice : | $12,461.53 |

S&ME, INC.  
3380 TOWN POINT DRIVE  
SUITE 140  
KENNESAW, GA 30144  
(770) 919-0969

**Statement**

| | | | |
|---|---|---|---|
| Previously Billed | $7,816.94 | Contract Amount | $21,950.00 |
| Total This Invoice | $12,461.53 | Billed To Date | $20,278.47 |
| Billed To Date | $20,278.47 | Contract Balance | $1,671.53 |
| Paid To Date | $0.00 | | |

Remit to: S&ME, Inc.  
PO Box 277523  
Atlanta, GA 30384-7523 USA  
Federal ID#56-0791580

WRD0000001569



| Project : 168410189A -- CAPE GIRARDEAU, MO/SITE INVESTIGATN | | Invoice # : | 452263 |
|---|---|---|---|

### Labor

| Class<br>Employee Name | Hours | Rate | Amount |
|---|---|---|---|
| **CAD II** | | | |
| HEDDEN, CHRISTOPHER | 3.25 | $58.00 | $188.50 |
| **PRINCIPAL - GRADES VIII & IX** | | | |
| MARCUS, JAMES M. | 1.00 | $104.00 | $104.00 |
| **PROJECT PROFESSIONAL - GRADE III** | | | |
| BAIRD, JOHN PATRICK | 2.50 | $85.00 | $212.50 |
| **PROJECT PROFESSIONAL - GRADE IV** | | | |
| DIAMOND, STEVE | 2.50 | $95.00 | $237.50 |
| DOUTHAT, LEIRA S. | 1.00 | $95.00 | $95.00 |
| HAYNES, DONALD M. | 2.00 | $95.00 | $190.00 |
| Total: PROJECT PROFESSIONAL - GRADE IV | 5.50 | | $522.50 |
| **STAFF PROFESSIONAL - GRADE I** | | | |
| BAIRD, JOHN PATRICK | 20.50 | $65.00 | $1,332.50 |
| **STAFF PROFESSIONAL - GRADE II** | | | |
| BAIRD, JOHN PATRICK | 22.00 | $75.00 | $1,650.00 |
| DIAMOND, STEVE | 2.00 | $75.00 | $150.00 |
| | | Labor : | $4,160.00 |

### Regular Expenses

| Description | Cost | Multiplier | Amount |
|---|---|---|---|
| **SUBCONTRACT FEES** | | | |
| ANALYTICAL ENVIRONMENTAL SVCS INC | $4,845.07 | 1.000 | $4,845.07 |
| FEDERAL EXPRESS CORP | $385.24 | 1.000 | $385.24 |
| MISCELLANEOUS VENDORS | $57.00 | 1.000 | $57.00 |
| PINE ENVIRONMENTAL SER INC | $876.77 | 1.000 | $876.77 |
| ROBERTS ENVIRONMENTAL DRILLING INC | $2,060.00 | 1.000 | $2,060.00 |
| Total: SUBCONTRACT FEES | | | $8,224.08 |
| **SUPPLIES & EXPENSE DIRECT (<$500)** | | | |
| HEDDEN, CHRISTOPHER | $67.35 | 1.150 | $77.45 |
| | | Regular Expenses : | $8,301.53 |
| | | Labor : | $4,160.00 |
| | | Expense : | $8,301.53 |

| Total Project : 168410189A -- CAPE GIRARDEAU, MO/SITE INVESTIGATN | $12,461.53 |
|---|---|

Remit to: S&ME, Inc.
PO Box 277523
Atlanta, GA 30384-7523 USA
Federal ID#56-0791580

Page : 2

WRD0000001570

# INVOICE



WILSON ROAD DEVELOPMENT CORPORATION
PO BOX 218
BENTON. MO 63736

Invoice # : 444743
Invoice Date : 12/7/2010
Project : 168410189A
Project Name : CAPE GIRARDEAU, MO/SITE INVESTIGATN
Project Mgr : DIAMOND, STEVE
Terms : Due Upon Receipt

**Attention:** MS BRENDA DUMEY
Client Code : K01162

FOR PROFESSIONAL SERVICES RENDERED

Scope of Services: Activities associated with EXHIBIT B: Site Visit, Transportation & Lodging and Soil Assessment from November 10, 2010 to December 1, 2010.

| | |
|---|---|
| **Labor** | $5,235.75 |
| **Supplies & Expenses** | $2,581.19 |
| Amount Due This Invoice : | $7,816.94 |

S&ME, INC.
3380 TOWN POINT DRIVE
SUITE 140
KENNESAW, GA 30144
(770) 919-0969

### Statement

| | | | |
|---|---|---|---|
| Previously Billed | $0.00 | Contract Amount | $21,950.00 |
| Total This Invoice | $7,816.94 | Billed To Date | $7,816.94 |
| Billed To Date | $7,816.94 | Contract Balance | $14,133.06 |
| Paid To Date | $0.00 | | |

Remit to: S&ME, Inc.
PO Box 277523
Atlanta, GA 30384-7523 USA
Federal ID#56-0791580

WRD0000001571



| Project : 168410189A -- CAPE GIRARDEAU, MO/SITE INVESTIGATN | | Invoice # : | 444743 |
|---|---|---|---|

### Labor

| Class<br>Employee Name | Hours | Rate | Amount |
|---|---|---|---|
| **CAD II** | | | |
| HEDDEN, CHRISTOPHER | 2.50 | $58.00 | $145.00 |
| **PROJECT PROFESSIONAL - GRADE IV** | | | |
| DIAMOND, STEVE | 2.25 | $95.00 | $213.75 |
| **SECRETARIAL III** | | | |
| WHATLEY, LEIGH ANTIGNANE | 1.00 | $42.00 | $42.00 |
| **STAFF PROFESSIONAL - GRADE I** | | | |
| BAIRD, JOHN PATRICK | 0.25 | $65.00 | $16.25 |
| **STAFF PROFESSIONAL - GRADE II** | | | |
| BAIRD, JOHN PATRICK | 42.00 | $75.00 | $3,150.00 |
| COFER, MATTHEW SHEA | 0.25 | $75.00 | $18.75 |
| JOHNSON, CALVIN | 22.00 | $75.00 | $1,650.00 |
| Total: STAFF PROFESSIONAL - GRADE II | 64.25 | | $4,818.75 |
| | | Labor : | $5,235.75 |

### Regular Expenses

| Description | Cost | Multiplier | Amount |
|---|---|---|---|
| **SUPPLIES & EXPENSE DIRECT (<$500)** | | | |
| BAIRD, JOHN PATRICK | $125.07 | 1.150 | $143.83 |
| JOHNSON, CALVIN | $20.00 | 1.150 | $23.00 |
| Total: SUPPLIES & EXPENSE DIRECT (<$500) | | | $166.83 |
| **AUTO RENTAL - DIRECT** | | | |
| BAIRD, JOHN PATRICK | $537.56 | 1.000 | $537.56 |
| **AIRLINE - DIRECT** | | | |
| BAIRD, JOHN PATRICK | $1,195.80 | 1.000 | $1,195.80 |
| **TRANSPORTATION & LODGING - DIRECT** | | | |
| BAIRD, JOHN PATRICK | $451.48 | 1.000 | $451.48 |
| JOHNSON, CALVIN | $81.14 | 1.000 | $81.14 |
| **MEALS & ENTERTAINMENT - DIRECT** | | | |
| BAIRD, JOHN PATRICK | $133.33 | 1.000 | $133.33 |
| JOHNSON, CALVIN | $15.05 | 1.000 | $15.05 |
| Total: MEALS & ENTERTAINMENT - DIRECT | | | $148.38 |
| | | Regular Expenses : | $2,581.19 |
| | | Labor : | $5,235.75 |
| | | Expense : | $2,581.19 |

| Total Project : 168410189A -- CAPE GIRARDEAU, MO/SITE INVESTIGATN | $7,816.94 |
|---|---|

Remit to: S&ME, Inc.
PO Box 277523
Atlanta, GA 30384-7523 USA
Federal ID#56-0791580

Page : 2

WRD0000001572

# INVOICE 

WILSON ROAD DEVELOPMENT CORPORATION  
PO BOX 218  
BENTON. MO 63736  

Invoice # : 444742  
Invoice Date : 12/7/2010  
Project : 168410189  
Project Name : CAPE GIRARDEAU, MO/SITE RESEARCH  
Project Mgr : BAIRD, JOHN PATRICK  
Terms : Due Upon Receipt  
Client Code : K01162  

Attention: MS. BRENDA DUMEY  

FOR PROFESSIONAL SERVICES RENDERED

Scope of Services: Activities associated with EXHIBIT A: Historical Site Research

| | |
|---|---|
| Labor | $5,430.00 |
| Expenses | $370.00 |
| Amount Due This Invoice : | $5,800.00 |

S&ME, INC.  
3380 TOWN POINT DRIVE  
SUITE 140  
KENNESAW, GA 30144  
(770) 919-0969  

## Statement

| | | | |
|---|---|---|---|
| Previously Billed | $0.00 | Contract Amount | $5,800.00 |
| Total This Invoice | $5,800.00 | Billed To Date | $5,800.00 |
| Billed To Date | $5,800.00 | Contract Balance | $0.00 |
| Paid To Date | $0.00 | | |

Remit to: S&ME, Inc.  
PO Box 277523  
Atlanta, GA 30384-7523 USA  
Federal ID#56-0791580  

WRD0000001573



| Project : 168410189 -- CAPE GIRARDEAU, MO/SITE RESEARCH | | Invoice # : | 444742 |
|---|---|---|---|

## Labor

| Class<br>Employee Name | Hours | Rate | Amount |
|---|---|---|---|
| **CAD II** | | | |
| HEDDEN, CHRISTOPHER | 1.00 | $58.00 | $58.00 |
| **PRINCIPAL - GRADES VIII & IX** | | | |
| MARCUS, JAMES M. | 5.00 | $104.00 | $520.00 |
| **PROJECT PROFESSIONAL - GRADE IV** | | | |
| DIAMOND, STEVE | 2.75 | $95.00 | $261.25 |
| DOUTHAT, LEIRA S. | 8.00 | $95.00 | $760.00 |
| HAYNES, DONALD M. | 21.00 | $95.00 | $1,995.00 |
| Total: PROJECT PROFESSIONAL - GRADE IV | 31.75 | | $3,016.25 |
| **SECRETARIAL III** | | | |
| WHATLEY, LEIGH ANTIGNANE | 1.00 | $42.00 | $42.00 |
| **STAFF PROFESSIONAL - GRADE I** | | | |
| BAIRD, JOHN PATRICK | 17.50 | $65.00 | $1,137.50 |
| **STAFF PROFESSIONAL - GRADE II** | | | |
| BAIRD, JOHN PATRICK | 4.00 | $75.00 | $300.00 |
| COFER, MATTHEW SHEA | 4.75 | $75.00 | $356.25 |
| | | **Labor :** | **$5,430.00** |

## Regular Expenses

| Description | Cost | Multiplier | Amount |
|---|---|---|---|
| **SUBCONTRACT FEES** | | | |
| ENVIRONMENTAL DATA RESOURCES | $370.00 | 1.000 | $370.00 |
| | | **Regular Expenses :** | **$370.00** |
| | | Labor : | $5,430.00 |
| | | Expense : | $370.00 |

| Total Project : 168410189 -- CAPE GIRARDEAU, MO/SITE RESEARCH | $5,800.00 |
|---|---|

Remit to: S&ME, Inc.
PO Box 277523
Atlanta, GA 30384-7523 USA
Federal ID#56-0791580

Page : 2

WRD0000001574