# EXHIBIT 2D

Invoices from Burnside Consulting Group

# INVOICE

**Burnside Environmental Group**

INVOICE# WRDC 2012-004
DATE: JUNE 5, 2012

P. O. Box 1052, Clarksville, AR 72830-1052
Mobile 202-557-1576 fburnside@BurnsideGroup.com

TO  Attn: Leah Knowlton
    Miller & Martin, PLLC
    Suite 800
    1700 Peachtree Street, N.E.
    Atlanta, GA 30309

| CONSULTANT | JOB: PROJECT NO. | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Fred Burnside | WRDC-BEG-008-12-MO | Due upon Receipt | Due upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 31.3/10 | For the period May 9 – June 1, 2012<br><br>Consultative Services for the Wilson Road Development matter - Fred Burnside. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ planning for biological survey and sampling event; conducted avian survey (half rate for travel time) | $225/$125 | $ 7,042.50 |
| 1 | Expenses- Fred Burnside | | 796.25 |
| 8.56 | Consultative Services for the Wilson Road Development matter- Felix Flechas | $225 | 1,926.00 |
| | (Itemized billing information is attached. Please make check payable to Burnside Environmental Group) | | |
| | | SUBTOTAL | 9,764.75 |
| | | SALES TAX | 0 |
| | | TOTAL | $ 9,764.75 |

Make all checks payable to "Burnside Environmental Group"
**THANK YOU FOR YOUR BUSINESS!**

# Fred Burnside & Associates, LLC - Billing for April 2012
## Client - Wilson Road Development / Miller & Martin

| Date | Time | Hours-Full Rate | Hours-Travel at 1/2 rate | Work Completed |
|---|---|---|---|---|
| 5/29/2012 | 10:00 a.m. - 3:00 p.m. | | 5 | Travel to Cape Girardeau via POV |
| | 3:00 p.m. - 6 p.m. | 4 | | Set up transect in WRDC wetland area; conduct biological survey |
| 5/30/2012 | 5:30 a.m. - 1:30 p.m. | 8 | | Conduct biological survey; draft and summarize notes |
| 5/31/2012 | 5:30 a.m. - 4:30 p.m. | 5 | 5 | Conduct biological survey; travel to office from Cape Girardeau in POV |
| 6/1/2012 | various | 2 | | Summarize day 2 notes from biological survey; phone conference with LK |
| | Total | 31.3 | 10 | |

REDACTED

## Fred Burnside & Associates, LLC - Expenses for May 2012
### Client- Wilson Road Development

| Date | Expense Type | Establishment | Location | Cost | Miles | Notes |
|---|---|---|---|---|---|---|
| 5/29/2012 | Hotel | Candlewood Suites | Cape Girardeau | $ 118.04 | | Hotel for 1 night |
| | Meals/food/drinks | Schnucks | Cape Girardeau | $ 50.57 | | Breakfast, lunch, water, and sports drinks for 2 days; dinner first night |
| | Equipment/supplies | Walmart/Lowes | Cape Girardeau | $ 29.96 | | 100' tape, flagging, pens, pad |
| 5/30/2012 | Hotel | Candlewood Suites | Cape Girardeau | $ 118.04 | | Hotel for 1 night |
| | Meal | Logans | Cape Girardeau | $ 39.64 | | Dinner 2nd night |
| | Mileage | Privately owned vehicle | | $ 440.00 | 800 | Mileage from office to Cape Girardeau, local travel, and back to Clarksville, AR |
| | | | Total Expenses= | $ 796.25 | | |

WRD0000653

# ENVIRONMENTAL COMPLIANCE AND SUSTAINABILITY ENGINEERING, LLC

| Date | Work Completed at WRDC, May 2012 | Hours Worked Full Time |
|---|---|---|
| | REDACTED — REDACTED | |
| 5/14/2012 | Planning meeting with Donna Stephenson to identify sampling and analysis requirements and steps for sampling of PCBs at Wilson Road property | 3 |
| 5/17/2012 | Data search for PCB Soil Screening Levels | .5 |
| 5/20/2012 | Preparation of project plan for Wilson Road Sampling Project | 2.5 |
| **Total Hours** | | **8.56** |

# INVOICE

**Burnside Environmental Group**

INVOICE# WRDC 2012-005
DATE: JULY 3, 2012

P. O. Box 1052, Clarksville, AR 72830-1052
Mobile 202-557-1576 fburnside@BurnsideGroup.com

TO    Attn: Brenda Dumey
Wilson Road Development Corp.
P. O. Box 218
Benton, Missouri 63736

| CONSULTANT | JOB: PROJECT NO. | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Fred Burnside | WRDC-BEG-008-12-MO | Due upon Receipt | Due upon Receipt |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | For the period June 11 – 28, 2012 | | |
| 15.9/10 | Consultative Services for the Wilson Road Development matter - Fred Burnside. ▬▬▬▬▬ prepared biological report; meeting on site with EPA and MO DNR representatives (half rate for travel time) | $225/$125 | $ 4,827.50 |
| 1 | Expenses- Fred Burnside (Hotel, milage) | | 536.45 |
| 1.1 | Consultative Services for the Wilson Road Development matter; coordination with MO DNR re: sampling- Felix Flechas | $225 | 247.50 |
| 10 | Travel time for Fred Burnside (not included on the May 2012 invoice) | $125 | 1,250.00 |
| | (Itemized billing information is attached. Please make check payable to Burnside Environmental Group) | | |
| | | SUBTOTAL | 6,861.45 |
| | | SALES TAX | 0 |
| | | TOTAL | $ 6,861.45 |

Make all checks payable to "Burnside Environmental Group"
**THANK YOU FOR YOUR BUSINESS!**

WRD0000655

# Fred Burnside & Associates, LLC - Billing for June 2012
Client – Wilson Road Development / Miller & Martin

| Date | Time | Hours- Full Rate | Hours- Travel at 1/2 rate | Work Completed |
|---|---|---|---|---|
| 6/12/2012 | various | 1 | | Drafting avian report |
| | 1:30 p.m. - 4:30 p.m. | 2 | | Drafting avian report |
| 6/20/2012 | 11:00 a.m. - 1:00 p.m. | 2 | | Finalized avian survey report; sent draft to LK for review; conference calls with LK and client (BKD) |
| 6/21/2012 | various | 2 | | Preparation for trip to Cape Girardeau; coordination with LK, FF and DG |
| 6/25/2012 | 11:00 a.m. - 5 p.m. | 2 | 5 | Travel to Cape Girardeau, MO; met with B. and D. Dunney |
| 6/26/2012 | 8:00 a.m. - 1:00 p.m. | 5 | 5 | Meet with EPA D. Gravatt and clients on site; travel to office |
| | Total | 15.9 | 10 | |

WRD0000656

## Fred Burnside & Associates, LLC - Expenses for May 2012
### Client- Wilson Road Development

| Date | Expense Type | Establishment | Location | Cost | Miles | Notes |
|---|---|---|---|---|---|---|
| 6/25/2012 | Hotel | Drury Suites | Cape Girardeau, MO | $ 117.90 | | Hotel for 1 night |
| | Milage | | | $ 418.55 | 761 | Milage for personal vehicle- office to Cape Girardeau and Return |
| | | | Total Expenses= | $ 536.45 | | |

WRD0000657

# ENVIRONMENTAL COMPLIANCE AND SUSTAINABILITY ENGINEERING, LLC

| Date | Work Completed at WRDC, May 2012 | Hours Worked Full Time |
|---|---|---|
| June 22, 2012 | Review of Dumey meadow issues with FB in preparation for site visit at WRDC | .5 |
| June 28, 2012 | Call with Don Van Dyke regarding site investigation options for delineation of PCBs in the Dumey meadow | .6 |
| **Total Hours** | | **1.1** |

5023 W 120th Ave. Box 268, Broomfield, Colorado 80020
Phone: 303-548-0569
E-mail: ECSE@Comcast.net

WRD0000658



**Burnside Environmental Group**
*Regulatory Experts and Investigators*

P.O. Box 1052
Clarksville, Arkansas 72830
Phone (479-754-0373
www.BurnsideGroup.com

# INVOICE

INVOICE #2012-007
DATE: AUGUST 14, 2012

**TO:**
Brenda K. Dumey
Wilson Road Development Corporation
P.O. Box 218
Benton, Missouri 63736

**FOR:**
Wilson Road- **Soil Sampling Project, July 24-26, 2012**
BEG-008-12-MO

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Salaries for: Felix Flechas (4 days), Fred Burnside (4 days), Donna Stephenson (3 days), Jon Anstey (3 days) | | | 27,850.00 |
| Travel Expenses: F. Flechas, F. Burnside, D. Stephenson, J. Anstey | | | 5,882.23 |
| Equipment and supplies | | | 1,074.90 |
| (Itemized receipts for equipment/expenses and billing logs will be kept on file. This is the first invoice for this project.) | | | |
| | | TOTAL | $ 34,807.13 |

Make all checks payable to "Burnside Environmental Group"

WRD0000659

# ENVIRONMENTAL COMPLIANCE AND SUSTAINABILITY ENGINEERING, LLC

| Date | Soil Sampling Work Completed at WRDC, July 2012 | Hours Worked | | Costs |
|---|---|---|---|---|
| | | At Full Rate | At Half Rate | |
| July 23-27 | Soil Sampling Labor - Wilson Road Development Company | 33 | 8 | |
| | Costs associated with Sampling: | | | |
| | Air Fare | | | 405.60 |
| | Car Rental | | | 696.06 |
| | Gasoline | | | 34.26 |
| | Hotel | | | 469.32 |
| | Food | | | 240 |
| | Parking and Mileage | | | 170 |
| **Total Hours** | | 33 | 8 | |
| **Total Costs** | | | | 2015.20 |

DS Engineering Services, LLC Itemized Services for Wilson Road Project

Service
Provided                        Hours

Sampling plan prep                 4
Travel                             3
Site work                      15.75
Travel                             3
Table prep                         2

DS Engineering Services, LLC - Expenses for Wilson Road July 24-27

| Date | Expense Type | Establishment | Location | Cost | Miles | Notes |
|---|---|---|---|---|---|---|
| 8/31/2011 | Airline ticket | United Airlines | DEN/STL | 404.6 | | |
| | Baggage fee | United Airlines | | 35 | | |
| | Tolls | E-470 | Denver CO | 36.4 | | |
| | Mileage | | | 23.65 | 43 | |
| | Rental Car | National Rental Car | STL | 636.03 | | |
| | Hotel | Drury Inn and Suites | Cape Girardeau MO | 370.53 | | |
| 8/24/2011 | Meals | Various locations | Cape Girardeau MO | 192 | | |
| 8/25/2011 | Gas for Rental Car | Moto Mart | St. Charles MO | 56.64 | | |
| | Baggage fee | United Airlines | STL | 35 | | |
| | Mileage | | | 23.65 | 43 | |
| | Ice | Hucks | Cape Girardeau MO | 13.83 | | |
| | | | Total Expenses= | 1827.33 | | |

WRD0000662

Fred Burnside & Associates, LLC - Billing for July 2012
Client – Wilson Road Development / Miller & Martin

| Date | Time | Hours- Full Rate | Hours- Travel at 1/2 rate | Work Completed |
|---|---|---|---|---|
| 7/23/2012 | 12:00 p.m. - 5:00 p.m. | | 5 | Travel to Cape Girardeau |
| 7/24/2012 | 8:30 a.m. - 12:30 p.m. | 4 | | WRDC Sampling Event |
| | 5:00 p.m. - 8:30 p.m. | 3.5 | | WRDC Sampling Event |
| 7/25/2012 | 6:30 a.m. - 12:30 p.m. | 6 | | WRDC Sampling Event |
| | 5:00 p.m. - 8:00 p.m. | 3 | | WRDC Sampling Event |
| 7/26/2012 | 6:30 a.m. - 12:30 p.m. | 6 | | WRDC Sampling Event |
| | 5:00 p.m. - 8:00 p.m. | 3 | | WRDC Sampling Event |
| 7/27/2012 | 9:00 a.m. - 2:30 p.m. | | 5.5 | Travel to Office |
| 7/29/2012 | 1:00 p.m. - 4:00 p.m. | 3 | | Developing photo log for WRDC sampling event |
| | Total | 28.5 | 10.5 | |

WRD0000663

# Fred Burnside & Associates, LLC - Expenses for July 2012
## Client- Wilson Road Development

| Date | Expense Type | Establishment | Location | Cost | Miles | Notes |
|---|---|---|---|---|---|---|
| 7/16/2012 | Milage | Personal Vehicle | Fort Smith, AR | | 147 | Travel to pick up equipment for sampling event; $.55/mile |
| 7/23/2012 | Hotel | Drury Suites | Cape Girardeau | $ 80.85 | | 4 nights stay plus tax |
| | Meal | Subway | Jacksonville, AR | $ 471.60 | | Lunch |
| | Meal | Olive Garden | Cape Girardeau | $ 7.50 | | Dinner |
| 7/24/2012 | Meal | Thai Restaurant | Cape Girardeau | $ 20.61 | | Dinner |
| 7/26/2012 | Meal | Lambert's Café | Sikeston, MO | $ 40.00 | | Dinner |
| | | | | $ 19.28 | | |
| 7/27/2012 | Milage | Personal Vehicle | | $ 448.25 | 815 | Travel from Office to Cape Girardeau, MO, and return; $.55/mile |
| | | | Total Expenses= | $ 1,088.09 | | |

McDonald Engineering Services, LLC; Jon Anstey- Billing for July 2012
Client - Wilson Road Development / Miller & Martin

| Date | Time | Hours- Full Rate | Hours- Travel at 1/2 rate | Work Completed |
|---|---|---|---|---|
| 8/9/2012 | Various | 1 | | Preparation for sampling event |
| 8/24/2012 | Various | | 7 | Travel from Denver to Cape Girardeau, MO |
| | | 1 | | Site review- Dumey property |
| 8/25/2012 | Various | 9 | | Field work - Sampling on site |
| | | 1 | | Log preparation |
| 8/26/2012 | Various | 4 | | Field work - Sampling on site |
| | | 2 | | Log preparation |
| 8/27/2012 | Various | 2 | | Log preparation |
| | | | 1 | Travel from Cape Girardeau to Denver |
| 8/30/2012 | Various | 2 | | Log and report preparation |
| 8/31/2012 | Various | 0.5 | | Log and report preparation |
| | Total | 22.5 | 8 | |

McDonald Engineering, LLC; Jon Anstey - Expenses for July 2012
Client- Wilson Road Development

| Date | Expense Type | Establishment | Location | Cost | Miles | Notes |
|---|---|---|---|---|---|---|
| 8/24/2012 | Air Fare | Orbitz | | $ 360.60 | | Round trip Denver, CO - Cape Girardeau, MO |
| | Hotel | Drury Suites | | $ 353.82 | | 3 nights stay |
| | Equipment | Total Safety Supply | Dallas, TX | $ 83.00 | | Respirator and cartriges |
| | Meal | McDonald's | DIA | $ 5.24 | | Breakfast |
| | Meal | Unknown | | $ 7.14 | | Lunch |
| | Meal | Saffron Bistro | Cape Girardeau | $ 41.96 | | Dinner |
| 7/25/2012 | Meal | Hucks | Cape Girardeau | $ 2.60 | | |
| | Meal | Wendy's | Cape Girardeau | $ 13.80 | | Lunch |
| 7/26/2012 | Meal | Lambert's Café | Sikeston, MO | $ 14.45 | | Dinner |
| | | | Total Expenses= | $ 882.61 | | |

WRD0000666



# Burnside Environmental Group
*Regulatory Experts and Investigators*

P.O. Box 1052  
Clarksville, Arkansas 72830  
Phone (479-754-0373  
www,BurnsideGroup.com

# INVOICE

INVOICE #2012-008  
DATE: SEPTEMBER 11, 2012

**TO:**  
Brenda K. Dumey  
Wilson Road Development Corporation  
P.O. Box 218  
Benton, Missouri 63736

**FOR:**  
Wilson Road- **Soil Sampling Project**  
**August 22 – September 9, 2012**  
BEG-008-12-MO

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Review of sampling results, development of final sampling report- Felix Flechas (12 hours) and Fred Burnside (8 hours) | 20 | | 5,000.00 |
| Sample analysis and laboratory report- Test America Laboratory | | | 4,140.00 |
| Development of figures for final sampling report- McDonald Engineering Services, LLC | | | 198.00 |
| (Itemized receipts for equipment/expenses and billing logs will be kept on file. This is the second invoice for this project.) | | | |
| | | TOTAL | $ 9,338.00 |

Make all checks payable to "Burnside Environmental Group"

WRD0000667



# Burnside Environmental Group
*Regulatory Experts and Investigators*

P.O. Box 1052  
Clarksville, Arkansas 72830  
Phone (479-754-0373  
www.BurnsideGroup.com

# INVOICE

INVOICE #2012-009  
DATE: NOVEMBER 7, 2012

**TO:**  
Brenda K. Dumey  
Wilson Road Development Corporation  
P.O. Box 218  
Benton, Missouri 63736

**FOR:**  
Wilson Road Project  
BEG-008-12-MO  
Make all checks payable to "Burnside Environmental Group"

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Litigation support services provided by **Felix Flechas**- preparation for presentation to U. S. EPA; meeting with representatives from U. S. EPA Region 7; ▓▓▓▓▓▓▓▓ (14.8 hours full rate; 10 hours travel) | 14.8/10 | $225/112.50 | 4455.00 |
| Travel expenses- Felix Flechas | | | 885.75 |
| Litigation support services provided by Fred Burnside- drafted and submitted FOIA requests to EPA; preparation for meeting with EPA; meeting with U.S. EPA Region 7 representatives; development of expert report (22.9 hours regular rate; 1 hour expert rate; 15 hours travel) | 22.9/1/15 | $225/300/112.50 | 7139.50 |
| Travel Expenses- Fred Burnside | | | 1016.49 |
| Report review by Donna Stephenson (left off September invoice) | 2 | $225 | 450.00 |
| For the period October 1-31, 2012 (Detailed billing information and expenses receipts are available for review) | | | |
| | | TOTAL | $13,946.24 |

WRD0000668