# EXHIBIT 27

Transformer Repair Invoices for Citizens Electric (Excerpts)

# INVOICE

## MISSOURI ELECTRIC WORKS INC.
MOTORS · TRANSFORMERS · POWER EQUIPMENT · REWINDING-SALES
*Service*
Phone 335-6603
P.O. Box 682
CAPE GIRARDEAU, MISSOURI 63701

TO: Citizens Electric
150 Merchant St.
Ste. Genevieve, Mo. 63670

| | |
|---|---|
| INVOICE NO. | 68748 |
| YOUR ORDER NO. | 258 |
| OUR S.O. NO. | 63595,6,7,8 |
| DATE DELIVERED | 3-10-72 |
| INVOICE DATE | 3-16-72 |

EARNS $ 15.33    DELIVERED BY 18595
PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.

| REPAIR ITEM | LBR. | MTL. | TAX | TOTAL |
|---|---|---|---|---|
| 125 KVA Allis Chalmers transformer, 1 phase, S/N 3-2140-00639-7, Co.#R-33: Dismantle; clean core and coils; replace studs and bolts in brackets; supply oil; clean tank; assembel; pull vacuum; test; paint tank. | 173.15 | 102.10 | 4.08 | 279.33 |
| 125 KVA Allis Chalmers, 1 phase, S/N3-2140-00139-8, Co. #R34: Dismantle; clean core and coils; supply oil; clean tank; assemble; pull vacuum; test; paint tank. | 173.15 | 102.10 | 4.08 | 279.33 |
| 125 KVA Allis Chalmers trans., S/N3-2140-00139-15 1 phase, Co. #R35: Dismantle; clean core and coils; supply oil; clean tanks; assembae; pull vacuum; test; paint tank. | 173.15 | 102.10 | 4.08 | 279.33 |
| 500 KVA Moloney trans., S/N 452014, 1 phase, Co.#S17: Dismantle and clean; bake core and coil; supply oil; clean tank; assembae; pull vacuum; test; paint tank. | 380.05 | 302.65 | 12.11 | 694.81 |

from "Perryville Sub Station"

| Approved | Accounties Distribution | |
|---|---|---|
| RRG | 5P2 | 1517.47 |
| Order No. 258 | Date Received 3-10-72 | |
| Vou. $ | | |
| G.F. Cl. $ | | |
| Soc. Cl. $ | | |
| Receipt # | | |
| Papers | | |

TOTAL INVOICE        1,532.80
                     (15.33)
                     A 1517.47

A008000015


PLAINTIFF'S EXHIBIT
18
WLD 11-2-12

CA000264

INVOICE



# MISSOURI ELECTRIC WORKS INC.

MOTORS  
TRANSFORMERS  
POWER EQUIPMENT  
REWINDING-SALES  
P.O. Box 662  

*Service*  
Phone 335-6603  

CAPE GIRARDEAU MISSOURI 63701

TO:  
Citizens Electric Corp.  
150 Merchant St.  
Ste. Genevieve, Mo., 63670

| | |
|---|---|
| INVOICE NO. | 68647 |
| YOUR ORDER NO. | 173 |
| OUR S. O. NO. | 63011 |
| INVOICE DATE | 2-29-72 |

EARNS $ 6.95 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.  
DELIVERED BY 12753 to Perryville  
DATE DELIVERED 2-24-72

Repair: 167 KVA Gen. Elect. transformer, 7200 to 120/240 volts, type HS, S/N F479079-644, 60 cycle, 1.90% Imp., 1 phase, Co. # 5345: - Complete rewind; dip and bake; supply oil; test; paint.

| | |
|---|---|
| Labor | 202.80 |
| Mtl. | 473.16 |
| Tax | 18.92 |
| Total | 694.88 |
| Disc | (6.95) |
| | 687.93 |

Approved RRB  
Accounting Distribution 585  687.93  
Order No. 173  Date Received 2-24-72  
Vou. #  
G. F. Ck. #  $  
Sec. Ck. #  $  
Receipt #  
Purpose

A008000281

CA000300



**INVOICE**

**MISSOURI ELECTRIC WORKS INC.**
MOTORS
TRANSFORMERS
POWER EQUIPMENT
REWINDING - SALES
P. O. Box 662

Service
Phone 335-6603

CAPE GIRARDEAU
MISSOURI
63701

TO: Citizens Electric Corp.
150 Merchant St.
Ste. Genevieve, Mo., 63670

| | |
|---|---|
| INVOICE NO. | 68663 |
| YOUR ORDER NO. | |
| OUR S. O. NO. | 55503 |
| INVOICE DATE | 2-29-72 |

EARNS $ .88 BY PAYING THIS INVOICE IN TEN DAYS, 30 DAYS NET.
DELIVERED BY 12754
DATE DELIVERED 2-24-72

Repair: Gen. Elect. metering unit, 7200 to 120 volts, S/N C373487, 60 cycle, 3/4 phase, x&o : - Repair bushing; supply oil.

" Station metering outfit

| | |
|---|---|
| Labor | 51.95 |
| Mtl. | 34.60 |
| Tax | 1.38 |
| Total | 87.93 |

Approved: RRB
Accounting Distribution: 592   87.93
Order No. —  Date Received 2-24-72

008000280

CA000301

INVOICE



# MISSOURI ELECTRIC WORKS INC.

MOTORS
TRANSFORMERS
POWER EQUIPMENT
REWINDING-SALES
P. O. Box 662

Service
Phone 335-6603

CAPE
GIRARDEAU
MISSOURI
63701

Citizen's Electric Company
150 Merchant Street
Ste. Genevieve, Mo. 63670

INVOICE NO. 67112      1-71

YOUR ORDER NO.

| NET | BY | DELIVERED BY | truck | OUR S. O. NO. | 61559,61788,89 |
| VOICE IN |  |  |  |  |  |
| DAYS NET. |  | DATE DELIVERED | 8-23-71 | INVOICE DATE | 8-31-71 |

Repair: (3)   167 KVA Cortran transformers, type OISC, 7200 to
120/240 volts, 60 cycles, 1 phase, 1.4 % Imp., S/N
67FY432, 67F9431, 67F9433: - Dismantle; drain oil;
test core and coils; assemble to ship.
            Labor 57.50 each                            172.50

No Tax: Labor

| Approved | RRB | Accounting Distribution | 585 | 172.50 |
| Order No. | Date Received 8-31-71 |  |  |  |
| Vou. # |  |  |  |  |
| G. F. Ch. # | $ |  |  |  |
| Spec. Ch. # | $ |  |  |  |
| Receipt # |  |  |  |  |
| Purpose |  |  |  |  |

A008000278

CA000303

# INVOICE

## MISSOURI ELECTRIC WORKS INC.
MOTORS • TRANSFORMERS • POWER EQUIPMENT • REWINDING • SALES
*Service* — Phone ED 5-6603
CAPE GIRARDEAU, MISSOURI 63701

TO: Citizens Electric Corp.
Ste. Genevieve, Mo.

INVOICE NO. 49204
YOUR ORDER NO.
OUR S. O. NO. 47154
INVOICE DATE 6-25-65

EARNS $ 1.43 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.
DELIVERED BY
DATE DELIVERED 3-21-65

Repair: 500 KVA G.E. transformer, 34400 to 7200/2470Y volts, 60 cycle, 1 phase, S/N C175733: — Labor & material used on transformer to determine worth of repairing.    142.75
   (1.43) Disc.
   141.32

*This item was determined to be in unrepairable condition & was sold to Mo. Elec. Works.*

W.C.P.58742

A 008000222

INVOICE

# MISSOURI ELECTRIC WORKS INC.

MOTORS
TRANSFORMERS
POWER EQUIPMENT
REWINDING-SALES

Service
Phone ED 5-6603

CAPE
GIRARDEAU
MISSOURI

TO:
Citizens Electric Co-op
Ste. Geneveive, M
Missouri

| | | |
|---|---|---|
| INVOICE NO. | 36503 | |
| YOUR ORDER NO. | 2358 | |
| OUR S. O. NO. | 40833 | |
| INVOICE DATE | 4-26-62 | |

EARNS $ .91 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.
DELIVERED BY Memo 16103
DATE DELIVERED 4-16-62

REPAIR: General Electric, 5KVA, Type Conventional, Serial Number B107979, 60 cycles, add polarity, 1 phase, 7200 to 120/240 volts

Exchange for 5KVA, supply oil, test, paint tank     90.52
                                                    (.91) disc.
                                                    89.61

To be handled as conversion transformer

| Approved: | Accounting Distribution |
|---|---|
| FRG | MDD-186.6 |
| Order No. 2358 | Date Received 4-16-62 | 90.52 |
| Vou. # | STECLM (.91) disc |
| G. F. Cl. # | 89.61 |
| Spec. Cl. # | |
| Receipt # | |
| Purpose | |

A 008000202

CA000379

# INVOICE

## MISSOURI ELECTRIC WORKS INC.
MOTORS • TRANSFORMERS • POWER EQUIPMENT • REWINDING-SALES
*Service* — CAPE GIRARDEAU, MISSOURI
Phone ED 5-6603

TO: Citizens Electric Co-op
Ste. Genevieve, Mo.

INVOICE NO. 34057
YOUR ORDER NO. 2087
OUR S. O. NO. 38758
INVOICE DATE 5-17-61

EARNS $ 1.19 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.
DELIVERED BY Memo 16401
DATE DELIVERED 5-15-61

REPAIR: Wagner 7½ KVA Transformer, 7200 to 120/240 volt, Serial No. 363484

*Conventional Conversion*

XChange for 7½ KVA; supply oil; test; paint tank. @ $ 125.33
less 5% no taps         6.27
                      $ 119.06
                      (1.10)
                     $ 117.96

Approved: RRG
Order No. 2087  Date Received 5-15-61
Accounting Distribution HDD-186.6  119.06
St.Gen  (1.10)
        117.96

A 0 0 8 0 0 0 1 9 5

CA000386

# INVOICE
## MISSOURI ELECTRIC WORKS INC.
MOTORS • TRANSFORMERS • POWER EQUIPMENT • REWINDING-SALES
*Service* — Phone ED 5-6603 — CAPE GIRARDEAU, MISSOURI

TO: Citizens Electric Coop.
Ste. Genevieve, Mo.

INVOICE NO. 33292
YOUR ORDER NO.
DELIVERED BY: Memo 12625
DATE DELIVERED: 1-10-61
OUR S. O. NO. 38099  38100  2018
INVOICE DATE: 1-17-61

IRNS $ 1.81 BY

---

**REPAIR:** Whestinghouse 5 KVA Transformer 7200 to 120/240 V.
Style 1408248B, Serial No. 4894604. Co. # 2868

Xchange for 5 KVA; supply oil; test; paint tank.
    X change    $ 95.28
    less 5% no T.   4.76      $ 90.52

**REPAIR:** Westinghouse 5 KVA Transformer 7200 to 120/240 V.
Stype 1408248, Serial No. 490336. Co No. 1897

    X change    $ 95.28
    less 5% no T.   4.76      90.52

**SALE:** 50 KVA Wagner Transformer Type HEF-3, 7200 V to 120/240
No Taps, Serial No. 5P67249    @   $ 548.00
    Tax    10.96      558.96

    $ 740.00
    disc. (1.81)
    738.19

VOUCHER 23018

| Approved: RAS | Accounting Distribution |
|---|---|
| Order No. 9978 / Date Received 1-5-61 | EC 348   558.96 |
| 2018   1-9-61 | M.D.D. 186.6   181.04 |
| Vou. # | 740.00 |
| G. F. Ck. # | |
| Sovc. Ck. # | SE Ex W (1.81) |
| Receipt # | 738.19 |

A 008 000189

CA000392

# MISSOURI ELECTRIC WORKS INC.

MOTORS  
TRANSFORMERS  
POWER EQUIPMENT  
REWINDING-SALES  

*Service*  
Phone ED 5-6603  

CAPE GIRARDEAU, MISSOURI

TO: Citizens Electric Corporation

INVOICE NO. 33183  
YOUR ORDER NO. S7S  
OUR S. O. NO. 38468  
INVOICE DATE 12—19—1960

EARNS 5% BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.  
DELIVERED BY  
DATE DELIVERED

REPAIR: A. C. - 1000 KVA, Form OA Transformer, Serial 2411665, 60 cycle, 1 phase, 33000 to 2400 volt.

| | |
|---|---|
| Clean & bake core & coils; assemble; clean and paint tank; supply gaskets | $ 420.00 |
| Reclaim oil | 150.00 |
| supply oil (additional) loss in reclaiming process | 38.50 |
| | $ 608.50 |

Approved: RRG  
Accounting Distribution: 600-146.52  608.50
Order No. 2024  Date Received 1-4-61

A 0 0 8 0 0 0 1 8 7

CA000394

# INVOICE

## MISSOURI ELECTRIC WORKS INC.

MOTORS
TRANSFORMERS
POWER EQUIPMENT
REWINDING-SALES

*Service*

Phone ED 5-6608

CAPE GIRARDEAU MISSOURI

TO: Citizens Electric Corporation
Ste. Genevieve, Mo.

INVOICE NO. 33181
YOUR ORDER NO. 2024
OUR S. O. NO.

ANS $ BY DELIVERED BY
ING THIS INVOICE IN
DAYS.  30 DAYS NET.    DATE DELIVERED  12-15-60

INVOICE DATE  12-19-60

REPAIR: 3 – 1000 KVA Moloney Transformers, Type CR, 33000 to 2400/4160Y Volt
Serial Nos. 692108, 692107, 692106.

| | | | |
|---|---|---|---|
| Clean, bake core and coils; paint tank inside and outside install new gaskets | @ | $ 420.00 | $ 1,260.00 |
| Reclaim oil | @ | 150.00 | 450.00 |
| Add new oil to compensate for oil lost in reclaiming process plus oil for breather tank | | | 231.00 |
| Transportation — 4 units | | | 200.00 |
| | | | $ 2,141.00 |

*Transformers At Nisher "F" Sub-Station*

| Approved: | Accounting Distribution |
|---|---|
| 12/2/5 | CDD 146.52 |
| Order No. | Date Received | | 2141.00 |
| 2024 | 12-15-65 | | |
| Vou. # | | | |
| G. F. Ch. # | $ | | |
| Spec. Ch. # | $ | | |
| Receipt # | | | |
| Lupore | | | |

40 0 8000186

CA000395



# MISSOURI ELECTRIC WORKS INC.
MOTORS · TRANSFORMERS · POWER EQUIPMENT · REWINDING-SALES
*Service* — CAPE GIRARDEAU, MISSOURI

INVOICE

To:
Citizens Electric Corporation
Ste. Genevieve,
Missouri

| | |
|---|---|
| INVOICE NO. | 27519 |
| YOUR ORDER NO. | 662 - Req. C-575 |
| OUR S. O. NO. | 29478, 29559, 29560 |
| INVOICE DATE | 6/12/56 |

EARN $1.55 BY PAYING THIS INVOICE IN 10 DAYS. 30 DAYS NET.
DELIVERED BY: memo 4519
DATE DELIVERED: 6/12/56

---

Clean and bake core and coils; supply new oil; install arrester kit; test; paint tank.
    Line Material, 5 KVA, Type LA, Model 1113R, Serial No. 244112, 60 cycles, 1 phase, Volts 7200 to 120/240. Co. No. 3567.     $22.40

Replace core and coils; supply new oil; install HV fuse, LV breaker; test; paint tank.
    Wagner, 3 KVA, Type HEF-3F, Form 4100M, Model R445, Serial No. K6C3613, 60 cycles, 1 phase, Volts 7200 to 120/240. Co. No. 337.

| | |
|---|---|
| replacement coils | 51.00 |
| less 5% contract | 2.58 |
| | 48.23 |
| install HV fuse | 3.75 |
| install LV breaker | 11.85 |

    $63.83

Repair leaky tank; test.
    Wagner, 5 KVA, Type HEF-2, Form 3901M, Style CSP, Class OA, Model R3541, Serial No. 5K13300, 60 cycles, 1 phase, Volts 7200 to 120/240. Co. No. 3466.
tank leaking where hangers were welded on.     $6.00

Exchange 1½ KVA for 3 KVA; supply new oil; install arrester kit; test; paint tank.
    Line Material, 3 KVA, Type LA, Model CA1011R, Serial No. 210226, 60 cycles, 1 phase, Volts 7200 to 120/240. Co. No. 3591.     $63.02

Total Invoice     $155.25
Disc.     1.55
    153.70

*Trans. Conversion - Last item only*

008000097

CA000484