# EXHIBIT 28

## (Part 1)

**Transformer Repair Invoices and Documents for Ameren (Excerpts)**

32181

INVOICE

# MISSOURI ELECTRIC WORKS INC.

RECEIVED JUN 29 1960

MOTORS • TRANSFORMERS • POWER EQUIPMENT • REWINDING • SALES

Service — CAPE GIRARDEAU, MISSOURI
Phone ED 5-6603

TO: Missouri Utilities Company
400 Broadway
City

| | |
|---|---|
| INVOICE NO. | 32181 |
| YOUR ORDER NO. | 5432 |
| OUR S. O. NO. | 37222, 37223 |
| INVOICE DATE | 6/27/60 |

EARNS $ 4.99 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.

DELIVERED BY Memo 13795
DATE DELIVERED 6/22/60

Delivered to Matthews, Missouri

Repair; Molney 175 KVA, serial # 32416, 3 phase, 13200 to 220/440 volt, clean, bake, supply oil, install new leads, weld broken lid, repair leaks in tank, test, paint tank. .......... $241.50

Repair; Moloney, 175 KVA, serial # 32414, 3 phase, 13200 to 220/440 volt, clean, bake, supply oil, install leads and bushings, test, paint tank. .......... $257.50

Total Invoice .......... $499.00

Mat'rl Receipt No. 670
Date Mat'rl Rec'd 7/8/60
Date Inv. Rec'd 6/29/60
Prices Correct
Ext's Correct
Dr. Account No.
Cr. $4.99 Disc.
Date Approved 7/11/60
Approved By S.A.M.

By 7/11

CA001499



# MISSOURI ELECTRIC WORKS INC.

MOTORS · TRANSFORMERS · POWER EQUIPMENT · REWINDING · SALES
Service — Phone ED 5-6603
CAPE GIRARDEAU, MISSOURI

INVOICE

Missouri Utilities
Charleston, Missouri

EARNS $ .34 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.
DELIVERED BY: Memo
DATE DELIVERED: 7-17-61

INVOICE NO. 34498
YOUR ORDER NO. 8789
OUR S. O. NO. 39302
INVOICE DATE 7-27-61

REPAIR: General Electric, 3 KVA, Serial 8250742

Clean, bake, supply oil, repair hole in tank, repair LV breaker, test and paint tank      34.10

33.76

Matr'l Receipt No. none
Matr'l Rec'd 7-17-61
Date 7-28-61
Price
Ext.
Dr.
Cr. 34    E 575  Charleston
Date 7-28-61
A.   S.E.M.

CA001708

INVOICE

# MISSOURI ELECTRIC WORKS INC.
MOTORS • TRANSFORMERS • POWER EQUIPMENT • REWINDING • SALES
Service — CAPE GIRARDEAU, MISSOURI 63701
Phone ED 3-6603

TO: Missouri Utilities Company
400 Broadway
Cape

EARN $ 5.08 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.
DELIVERED BY 7/15/65
DATE DELIVERED 5468

INVOICE NO. 49452
YOUR ORDER NO. 23488
OUR S. O. NO. 47881, 47889
INVOICE DATE 7/23/65

Repair: 50 KVA, Moloney, 12470Y/7200 to 2400/4160Y volts, serial # 1179885, complete rebuild, supply oil, test, paint tank.

| Labor | Material |
|---|---|
| 83.30 | 249.81 |
|  | 7.49 tax |
| 83.30 | 257.30 |

$340.60

Repair: 25 KVA, Allis Chalmers, 2400/4160Y to 120/240 volt, serial # 3545700, complete rebuild, supply oil, test paint tank.

| Labor | Material |
|---|---|
| 41.00 | 122.98 |
|  | 3.69 tax |
| 41.00 | 126.67 |

$167.67

Total Invoice $508.27


RECEIVED JUL 26 65 MISSOURI UTILITIES COMPANY CAPE GIRARDEAU, MISSOURI

Date Invoice Rec'd 7-15-65
Date Inv. Rec'd 7-26-65
Prices Correct
Ext's Correct O.B.
Dr. Account No. E590, E595
Cr. Cash Disc. Cap.
Date Approved 7-26-65
Approved By

PAID

CA001744

INVOICE

# MISSOURI ELECTRIC WORKS INC.

MOTORS
TRANSFORMERS
POWER EQUIPMENT
REWINDING·SALES
P.O. Box 662

Service
Phone 335-6603

CAPE GIRARDEAU
MISSOURI
63701

TO:
Missouri Utilities Co.
400 Broadway
City

| | |
|---|---|
| INVOICE NO. | 62156 |
| YOUR ORDER NO. | 38614 |
| OUR S. O. NO. | 57754, 57792 |
| INVOICE DATE | 2-25-70 |

EARNS $ .45 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.
DELIVERED BY 6102 to Senath
DATE DELIVERED 2-18-70

| Repair | Labor | Mtl. | Tax | Total |
|---|---|---|---|---|
| 37.5 KVA Wagner transformer, 2400/4160 to 120/240 volts, type HEX, Form 57CXOX, S/N G9F1375, 60 cycle, 2.5% Imp., 1 phase: — Clean and baker core and coil; supply oil; repair connections and hole in tank; test; paint. | 38.10 | 16.35 | .49 | 44.94 |
| 5 KVA Allis Chalmers transformer, 14,400/13,200 to 120/240 volts, type CBS, S/N 2462025, 60 cycle, 3.1 %Imp., 1 phase, Co. #D 284: — Repair; supply oil; test; paint. t | | | | N.C. |

RECEIVED FEB 26 1970
MISSOURI UTILITIES COMPANY
PURCHASING DEPT.

Mat'rl Receipt No. _____
Date Mat'rl Rec'd 2-18-70
Date Inv. Rec'd 2-26-70
Prices Correct _____
Ext's Correct _____
Dr. Account No. E-595
Cr. Cash Disc. _____ Senath
Date Approved 3-2-70
Approved by _____

Total Invoice 44.94
Corrected to $54.94

PAID

CA002359

10310
10-70

## INVOICE

**MISSOURI ELECTRIC WORKS INC.**

MOTORS
TRANSFORMERS
POWER EQUIPMENT
REWINDING - SALES
P. O. Box 662

Service
Phone 335-6603

CAPE
GIRARDEAU
MISSOURI
63701

TO: Missouri Utilities
400 Broadway
City 63701

EARNS $ .40 PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.

| | |
|---|---|
| DELIVERED BY | 1741 |
| DATE DELIVERED | 10-16-72 |
| INVOICE NO. | 70 963 |
| YOUR ORDER NO. | 48081 |
| OUR S. O. NO. | 65253 |
| INVOICE DATE | 10-20-72 |

Repair: 10 KVA. G. E. transformer, 7200 to 120/240 volt, type HSB, S/N E870072, 1 phase, Co. #2712: Dismantle and clean; supply oil; replace fuse (furnished); repair ground connections; assemble; test; paint tank.

|  |  |
|---|---|
| labor | 21.80 |
| mtl. | 17.52 |
| tax | .70 |
| total | 40.02 |
| 10-30 | .40 |
|  | 39.62 |

Paid 10-19-72
Rec'd 10-25-72
Account No. E-595
Cash Disc.
Approved 10-26-72
Cape

PAID
OCT 30 1972
MISSOURI UTILITIES CO.

CA002437

4-70  44367

# INVOICE
## MISSOURI ELECTRIC WORKS INC.
MOTORS
TRANSFORMERS
POWER EQUIPMENT
REWINDING·SALES
P. O. Box 662

Service
Phone 335-6603

CAPE GIRARDEAU
MISSOURI
63701

TO: Missouri Utilities Co.
400 Broadway
City    63701

| | |
|---|---|
| INVOICE NO. | 71938 |
| YOUR ORDER NO. | 11573 |
| OUR S. O. NO. | 66059 |
| INVOICE DATE | 4-11-73 |

EARNS $ .38 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.
DELIVERED BY   Truck
DATE DELIVERED  4-6-73

Repair: S. Bend Current Cont. Co. transformer, 2400 to 7620 volts, type SPR, 120V 60 c, S/N 6210B; – Dismantle and replace operating solenoid; supply oil; connect; assemble; test.

| | |
|---|---|
| Labor | 30.00 |
| Mat. | 8.15 |
| Tax | .33 |
| Total | 38.48 |

Mat'l Receipt No. 11578
Date Received 4-24-73
Prices Checked
Cal's Checked
Dr. Account No. E596
Cr. Cost No.
Date Approved
Approved By

Disc Lost Received 4-25

PAID
MAY 10 1973

MISSOURI UTILITIES CO.

CA002441

Cr # E-13826    7-70

**MISSOURI ELECTRIC WORKS INC.**
Service
MOTORS · TRANSFORMERS · POWER EQUIPMENT · REWINDING-SALES
Ph. 314/335-6608
P.O. BOX 662, CAPE GIRARDEAU, MISSOURI 63701

RECEIVED JUL 19 1974
MISSOURI UTILITIES COMPANY
PURCHASING DEPT.

TO:
Missouri Utilities
400 Broadway
City  63701

CREDIT MEMO NO. _1906_
DATE: _7-10-74_

CREDIT FOR JUNKING THE FOLLOWING TRANSFORMER:

10 KVA General Electric transformer, 7200 to 120/240 volt, 1.40 Imp., S/N P612522-07?, Co. 70/403, S.C. /6365?. — **not economical to repair.**

total credit    21.00

PAID AUG - 6 1974 MISSOURI UTILITIES CO.

Mat'l. Receipt No. _____
Date Mat'l Rec'd _____
Date Inv. Rec'd _7-19-74_
Prices Correct _✓_
Ex'ts Correct _✓_
Dr. Account No. _XE-13826_
Cr.   Cash Disc. _____ Cape
Date Approved _7-29-74_
Approved By _____

CA002443

12514

# INVOICE

## MISSOURI ELECTRIC WORKS INC.

MOTORS  
TRANSFORMERS  
POWER EQUIPMENT  
REWINDING · SALES  
P. O. Box 662  

*Service*  
Phone 335-6603  

CAPE GIRARDEAU  
MISSOURI  
63701  

RECEIVED  
DEC 16 1976  
MISSOURI UTILITIES COMPANY  
PURCHASING DEPT.

TO: Missouri Utilities  
400 Broadway  
Cape Girardeau, MO 63701

| | |
|---|---|
| INVOICE NO. | 82984 |
| YOUR ORDER NO. | 59568 |
| OUR S. O. NO. | see below |
| INVOICE DATE | 12-15-76 |

EARNS $ 3.17 BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.  
DELIVERED BY 11451  
DATE DELIVERED 12-13-76

| S.O.# | REPAIR ITEMS | LBR. | MTL. | TAX | TOTAL |
|---|---|---|---|---|---|
| 69437 | 10 KVA Wagner transformer, 60 cycle, 1 phase, 7200/12470 to 120/240 volt, S/N 5W77439, co. #C4246: Dismantle; clean and bake core and coils; supply new oil; repair HV fuse; assemble; test; paint tank. | 36.00 | 8.50 | .34 | 44.84 |
| 69436 | 15 KVA G.E. transformer, 7200/12470 to 120/240 volt, 1 phase, S/NH659171Y68, Co.#C500L; Dismantle; clean and bake; supply new oil; repair HV fuse and connections; assemble; test; paint tank. | 38.50 | 8.75 | .35 | 47.60 |
| 69435 | 10 KVA G.E. transformer, 7200/12470 to 120/240 volt, S/N E87945962Y, 1 phase, Co. #C2725: Dismantle; clean and bake core and coils; supply new oil; repair HV fuse and Connections; assemble; test; paint tank. | 36.00 | 8.50 | .34 | 44.84 |
| 69434 | 10 KVA ditto trans., S/N F59587066P, Co. #C4211: Ditto repairs. | 36.00 | 8.50 | .34 | 44.84 |
| 69433 | 10 KVA ditto trans., S/N H657805Y68, Co. #C4779: Ditto repairs. | 36.00 | 8.50 | .34 | 44.84 |
| 69432 | 10 KVA Ditto trans., S/N E88407621, Co. #C2687: Ditto repairs. | 36.00 | 8.50 | .34 | 44.84 |
| 69431 | 10 KVA Ditto trans., S/N F59999466P, Co. #C4267: Ditto repairs. | 36.00 | 8.50 | .34 | 44.84 |
| | TOTAL INVOICE | | | | 316.64 |

DEC 24 1976  
MISSOURI UTILITIES CO.

12-24   3.17

CA002447