# EXHIBIT 28

## (Part 2)

## Transformer Repair Invoices and Documents for Ameren (Excerpts)

## Record 1

| Field | Value | Field | Value |
|---|---|---|---|
| S.O. No. | 64373 | Name | Mo. Utilities |
| Order No. | 47153 | Address | Cape |
| Date Received | 6-13-72 | Date Delivered | 6/13/72 |
| Inv. No. | 69848 | Memo No. | 345 |

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

**Name Plate Data**

| Field | Value |
|---|---|
| Make | Whse. |
| K.V.A. | 25 |
| Type | CSP |
| Form | |
| Style | 39200X25LDL |
| Spec. | |
| Model | |
| Serial No. | 68E2950 |
| Cycles | 60 |
| Polarity | |
| Hangers | |
| Bushings, H.V. | one broke |
| Bushings, L.V. | X |
| Gals. Oil | |
| % Imp. | |
| Phase | 1 |

**WINDING — PARTS — DATA**

| | High Side | Low Side |
|---|---|---|
| Volts | 4160 | 120/240 |
| Turns | | |
| Size Wire | | |
| Wire Par | | |

Notes:

Co. No. A/C 6194

Work to be done: Main oil, replace H.V. bushing; fill; assy, test, pick up + deliver.

---

## Record 2

| Field | Value | Field | Value |
|---|---|---|---|
| S.O. No. | 64385 | Name | Continental Trans. |
| Order No. | | Address | Pompano Beach, Fla. |
| Date Received | 6-14-72 | Date Delivered | 11-13-72 |
| Inv. No. | 71130 | Memo No. | 1 |

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

**Name Plate Data**

| Field | Value |
|---|---|
| Make | Moloney |
| K.V.A. | 200 |
| Type | HE |
| Form | |
| Style | |
| Spec. | |
| Model | |
| Serial No. | 472494 |
| Cycles | 60 |
| Polarity | A |
| Hangers | |
| Bushings, H.V. | |
| Bushings, L.V. | |
| Gals. Oil | 140 |
| % Imp. | 3.3    3.3 |
| Phase | 1 |

(T-6187- 11-22-71)

**WINDING — PARTS — DATA**

| | High Side | Low Side |
|---|---|---|
| Volts | 3980 | 230/460 |

Notes: 2750#
4368-4264-4160-4056-3952

Work to be done: Complete rewind; supply oil; assy; tak; pkt.

CA002491

## Record 1

- **S.O. No.** 64852
- **Order No.**
- **Inv. No.** 70479
- **Name:** National Electric
- **Address:** St. Louis, Mo.
- **Date Received:** 8-8-72
- **Date Finished:**
- **Date Delivered:** 8/14/72
- **Memo No.** Truck

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

### Name Plate Data
- **Make:** plating transformer
- **K.V.A.:**
- **Type:**
- **Form:**
- **Style:**
- **Spec.:**
- **Model:**
- **Serial No.:**
- **Cycles:**
- **Polarity:**
- **Hangers:**
- **Bushings, H.V.:**
- **Bushings, L.V.:**
- **Gals. Oil:**
- **% Imp.:**
- **Phase:**

### Winding — Parts — Data
|  | High Side | Low Side |
|---|---|---|
| Volts |  |  |
| Turns |  |  |
| Size Wire |  |  |
| Wire Par |  |  |

Notes: Rewind 1 leg - approx 5 KVA ea

Co. No.

Work to be done: Rewind one primary, repair other secondary windings; special slip-back clean; assy, test.

---

## Record 2

- **S.O. No.** 64854
- **Order No.** 47633
- **Inv. No.** 70384
- **Name:** Mo. Utilities
- **Address:** Cape
- **Date Received:** 8-8-72
- **Date Finished:**
- **Date Delivered:** 8/10/72
- **Memo No.** 1172

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

### Name Plate Data
- **Make:** Wagner
- **K.V.A.:** 75
- **Type:** H3K
- **Form:**
- **Style:**
- **Spec.:**
- **Model:**
- **Serial No.:** 5R48001
- **Cycles:** 60
- **Polarity:** add
- **Hangers:** N
- **Bushings, H.V.:** ok
- **Bushings, L.V.:** ok
- **Gals. Oil:** 28
- **% Imp.:** 1.9
- **Phase:** 1

### Winding — Parts — Data
|  | High Side | Low Side |
|---|---|---|
| Volts | 7200 | 240/480 |
| Turns |  |  |
| Size Wire |  |  |
| Wire Par |  |  |

Notes:

Co. No.

Work to be done: Remove lid; drain oil; flush core; fill with new oil; test; pnt.

CA002492

## Transformer Card 1

| Field | Value | Field | Value |
|---|---|---|---|
| S.O. No. | 65146 | Name | Missouri Utilities |
| Address | Charleston, Mo. | | |
| Order No. | 4794-B | Date Received | 9-8-72 |
| Date Finished | | Date Delivered | |
| Inv. No. | CM1922 | Memo No. | |

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

### Name Plate Data
| Field | Value |
|---|---|
| Make | Allis Chalmers |
| K.V.A. | 10 |
| Type | SB |
| Form | |
| Style | |
| Spec. | |
| Model | |
| Serial No. | 3179319 |
| Cycles | 60 |
| Polarity | Add |
| Hangers | |
| Bushings, H.V. | |
| Bushings, L.V. | |
| Gals. Oil | 8 |
| % Imp. | 1.8 |
| Phase | 1 |

### Winding – Parts – Data
| | High Side | Low Side |
|---|---|---|
| Volts | 2400 | 120/240 |
| Turns | | |
| Size Wire | | |
| Wire Par | | |

Notes: Tested - needs rewind
Co. No. 1000
Work to be done:

---

## Transformer Card 2

| Field | Value | Field | Value |
|---|---|---|---|
| S.O. No. | 65147 | Name | Missouri Utilities |
| Address | Charleston, MO. | | |
| Order No. | 4794-C | Date Received | 9-8-72 |
| Date Finished | | Date Delivered | 6-14-74 |
| Inv. No. | 74692 | Memo No. | 5102 |

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

### Name Plate Data
| Field | Value |
|---|---|
| Make | Allis Chalmers |
| K.V.A. | 10 |
| Type | RP |
| Form | |
| Style | |
| Spec. | |
| Model | |
| Serial No. | 3448... |
| Cycles | 60 |
| Polarity | Add |
| Hangers | |
| Bushings, H.V. | |
| Bushings, L.V. | |
| Gals. Oil | 8 |
| % Imp. | XXX 2.1 |
| Phase | 1 |

### Winding – Parts – Data
| | High Side | Low Side |
|---|---|---|
| Volts | 7200 | 120/240 |
| Turns | | |
| Size Wire | | |
| Wire Par | | |

Notes:
Co. No. 1189
Work to be done: Reseal all, clean + coat, replace HV bushing + fuse, supply oil, test, pnt

CA002499

## Record 1

- **S.O. No.** 66175
- **Order No.** 50190
- **Date Received** 5-24-73
- **Date Finished**
- **Date Delivered** 5/25/73
- **Inv. No.** 72168
- **Name** Missouri Utilities
- **Address** Cape
- **Memo No.** 3007

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

### Name Plate Data
| Field | Value |
|---|---|
| Make | Westinghouse |
| K.V.A. | 167 |
| Type | |
| Form | |
| Style | AE852A67AA1 |
| Spec. | |
| Model | |
| Serial No. | 69F1281 |
| Cycles | 60 |
| Polarity | sub. |
| Hangers | |
| Bushings, H.V. | |
| Bushings, L.V. | |
| Gals. Oil | |
| % Imp. | |
| Phase | 1 |

### Winding — Parts — Data
| | High Side | Low Side |
|---|---|---|
| Volts | 4160/12000/12480 | 277 |
| Turns | | |
| Size Wire | | |
| Wire Par | | |

Notes: Hole in tank.
Co. No.: BC 5316
Work to be done: Dismantle, pull core, test oil, repair tank, replace bushing assy, fill with new oil, tsk, p[aint].

---

## Record 2

- **S.O. No.** 66300
- **Order No.** 57576
- **Date Received** 6-10-73
- **Date Finished**
- **Date Delivered** 6/16/73
- **Inv. No.** 72410
- **Name** Giles Armature
- **Address** Marion, Ill.
- **Memo No.** 308

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

### Name Plate Data
| Field | Value |
|---|---|
| Make | Miller |
| K.V.A. | 5,3 |
| Type | 4972 |
| Form | |
| Style | |
| Spec. | |
| Model | |
| Serial No. | 15963 |
| Cycles | 60 |
| Polarity | |
| Hangers | |
| Bushings, H.V. | |
| Bushings, L.V. | |
| Gals. Oil | |
| % Imp. | |
| Phase | 1 |

### Winding — Parts — Data
| | High Side | Low Side |
|---|---|---|
| Volts | 230/460 | 295-0-295 |
| Turns | | |
| Size Wire | | |
| Wire Par | | |

Notes:
Co. No.: #04386
Work to be done: Complete rewind, flip thru, oily tst.

CA002510

## Record 1

| Field | Value |
|---|---|
| S.O. No. | 70749 |
| Name | MISSOURI UTILITIES |
| Address | SENATH, MO / INMAN |
| Order No. | 6340 3 |
| Date Received | 6 APRIL 78 |
| Date Finished | |
| Date Delivered | 4-21-78 |
| Inv. No. | 86353 |
| Memo No: | |

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

**Name Plate Data**

| Field | Value |
|---|---|
| Make | ALLIS CHALMERS |
| K.V.A. | 250 |
| Type | OISC |
| Form | |
| Style | |
| Spec. | |
| Model | |
| Serial No. | 2598380 |
| Cycles | 60 |
| Polarity | SUB |
| Hangers | |
| Bushings, H.V. | |
| Bushings, L.V. | |
| Gals. Oil | 169 |
| % Imp. | 3.8 |
| Phase | 1 |
| WT. | 4000 lb |

**Winding — Parts — Data**

| | High Side | Low Side |
|---|---|---|
| Volts | 13800 | 2400/4160Y |
| Turns | | |
| Size Wire | | |
| Wire Par | | |

Notes: TAPS: 2 2½0/0 AN & BN

Co. No. 92

Work to be done: DISMANTLE TRANSFORMER — CLEAN & BAKE CORE & COIL — CLEAN INSIDE OF TANK — SUPPLY NEW OIL — CLEAN BUSHINGS — SUPPLY NEW GASKETS — ASSEMBLE — TEST — PAINT

## Record 2

| Field | Value |
|---|---|
| S.O. No. | 70751 |
| Name | Giles Armature |
| Address | 708 W. Stockton, Marion IL 62959 |
| Order No. | |
| Date Received | 4-1-78 |
| Date Delivered | 4-24-78 |
| Inv. No. | 86398 |
| Memo No. | 6196 |

TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

**Name Plate Data**

| Field | Value |
|---|---|
| Make | KERSEY |
| K.V.A. | 12 |
| Type | DRY |
| Form | |
| Style | |
| Spec. | |
| Model | S-500 |
| Serial No. | N/P |
| Cycles | 60 |
| Polarity | |
| Hangers | |
| Bushings, H.V. | |
| Bushings, L.V. | |
| Gals. Oil | |
| % Imp. | |
| Phase | 3 |

**Winding — Parts — Data**

| | High Side | Low Side |
|---|---|---|
| Volts | 240/480 Δ | 120 Δ |

Notes: TAP 2 to 1/2 %

Co. No. G-1883

Work to be done: Complete rewind — install new KVA pri tap board & new secondary tap board with hardware — special dip & bake — test

# MISSOURI ELECTRIC WORKS INC.

INVOICE

MOTORS
TRANSFORMERS
POWER EQUIPMENT
REWINDING-SALES
P.O. BOX 662

Service
Phone 335-6603

CAPE
GIRARDEAU
MISSOURI
63701

TO: Missouri Utilities Co.
400 Broadway
Cape Girardeau, MO. 63701

INVOICE NO. 92637
YOUR ORDER NO. 69936
OUR S.O. NO. 72657

EARNS $ 49¢ BY PAYING THIS INVOICE IN TEN DAYS. 30 DAYS NET.

DELIVERED BY 5505
DATE DELIVERED 7/18/80
INVOICE DATE 7/23/80

**REPAIR:**

1 - 50 KVA Bowser transformer, CD type, S/N 7701459903, 60 CYC, 1 ∅, 1.0%, 2400X7200 V to 240/480 V, no taps.

**WORK DONE:**

Dismantle, check & repair connections, replace 5 gal. oil, assemble, test, paint.

```
                                    hr.    36.00
                                    mtl.   12.50
                                           48.50
                                    tax      .58
                                           49.08
```

TOTAL INVOICE: $49.08

CA002547



TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri

Order No. 1156
Inv. No. S-804
Date Delivered: 11-22-78

| Name Plate Data | | WINDING — PARTS — DATA | |
|---|---|---|---|
| | | High Side | Low Side |
| Make | MOLONEY | Volts — 2400 | 240/480 V |
| K.V.A. | 112 1/2 | Turns | |
| Type | SP TH | Size Wire | |
| Form | | Wire Par | |
| Style | | | |
| Spec. | | Notes: 3∅  2-2½+  1952 | |
| Model | | | |
| Serial No. | 902854 | Co. No. | |
| Cycles | | Work to be done: RECONNECT FOR 2400 | |
| Polarity | | | |
| Hangers | | | |
| Bushings, H.V. | | | |
| Bushings, L.V. | | | |
| Gals. Oil | | | |
| Imp. | 2.6 | 61" High  31" Deep  44" Wide   800 TONY | |
| Phase | | | |
| -2875 | | | |

Labor — Time:

| Date | | | Initials |
|---|---|---|---|
| 11/16 | GA 9 | VS 4½ | |
| 11/17 | GA 7½ | | work on bring inside clean |
| | VS 4 | | clean out valve change bushing |
| 11/21 | GA 4 | | pump out & refill clean new used |
| | DD 5½ | | bushing & wire & unit coil |
| | VS 9 | | pump out transformer |
| 11/22 | OO 2 | | help paint transformer and plug & paint |
| 11/24 | GA 4 | | help bar paint & tape |

#AA937A @ 460 V UNION

10 00 @

CA003006

| | | | |
|---|---|---|---|
| S.O. No. T6037 | Name Giles A. + E. | | Address Marion, Ill |
| Order No. 53934 | Date Received | Date Finished | Date Delivered 9-15-70 |
| Inv. No. 63867 | TRANSFORMER CARD — Missouri Electric Works, Inc. — Cape Girardeau, Missouri | | Memo No. 8102 |

| Name Plate Data | | WINDING — PARTS — DATA | |
|---|---|---|---|
| | | High Side | Low Side |
| Make | WAGNER | | |
| K.V.A. | 225 | Volts: 12470 Y | 240/480 Δ |
| Type | HPK-2 | Turns | |
| Form | | Size Wire | |
| Style | | Wire Par | |
| Spec. | | Notes: | |
| Model | | 1959 - 30 - 2-2½-20 | |
| Serial No. | 9N2655 (20) | Co. No. | |
| Cycles | | Work to be done: 13094 | |
| Polarity | | 12782 | PRI — COVER BUSH |
| Hangers | | 12470 | SEC — WALL |
| Bushings, H.V. | | 12158 | |
| Bushings, L.V. | | 11846 | |
| Gals. Oil | 141 | HIGH - 60 | |
| % Imp. | 4.7 | WIDE - 48 | |
| Phase | | DEEP - 40 | |
| WT | 3850 | | |

LABOR — TIME  UNION 475

| Date | Initials | Hours | |
|---|---|---|---|
| 9-11 | DP | 4 | drain + disposal |
| | RR | 1 | disposal |
| | LR | 4 | check oil |
| | JW | 3 | drain 9000 |
| 9-12 | SK | 1 | make up L.V. connection |
| | DP | 1½ | trouble leads wires — send |
| | LR | 5 | drain oil + filter — brake jacket — fix leaks |
| | JT | 4 | reconnect |
| 9-13 | SW | 2½ | wipe out inside of tank — filter oil — energy gasket off lid |
| | | | send off meter - fill w/oil — assb — clean bushing |
| 9-14 | DP | 1¾ | fill w/oil |
| | LR | 5½ | gast — pull weldon — paint |
| 9-15 | SW | 3 | wg — gasket for top — clean — assb + put up — paint |

1200