UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILSON ROAD DEVELOPMENT CORPORATION, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   Case No. 1:11-CV-84-CEJ ) |
| FRONABARGER CONCRETERS, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on plaintiffs' motion for a 150-day continuance of the trial, which is set for August 17, 2015.  Defendants oppose the length of the proposed continuance, alternatively requesting the Court move the trial date by 30 or 60 days.

This litigation has been pending for more than four years.  Discovery has been completed, dispositive motions have been ruled, and pretrial compliance documents have been filed.  There have been multiple trial settings dating back to November 19, 2012.  The current trial setting was established on April 8, 2015.

The plaintiffs advance several reasons for requesting a continuance, none of which the Court finds persuasive.  The recent withdrawal of one attorney should not prove to be a hardship for the plaintiffs, given that they are still represented by a team of lawyers that includes their lead counsel and other attorneys from the withdrawn attorney's firm.  Additionally, plaintiffs' retention of two new lawyers is not a sufficient reason for continuing the trial.  The two new lawyers will have had more than two months to acquaint themselves with the case by the time of the August 17 trial, a task made all the easier because of the support provided by the other attorneys on plaintiffs' team.  Finally, because the new attorneys were aware of the

current trial date at the time they entered their appearances in this case, their pre-existing scheduling conflicts do not justify a continuance.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to continue the trial date [Doc. #333] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of June, 2015.